UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Daivd Cazales Larios,

                Petitioner

v.

Markwayne Mullin, et al.,

                Respondents

Case No. 2:26-cv-00642-CDS-BNW

**Order Granting the Petitioner's Motion for Leave to File Exhibit Under Seal**

[ECF No. 22]

On May 21, 2026, the court entered an order granting in part petitioner David Cazales Larios's first amended petition. Order, ECF No. 18. Therein, the court ordered the respondents to provide the petitioner with a bond hearing by May 28, 2026. *Id.* at 7. On June 15, 2026, Cazales Larios filed a motion to enforce judgment. Mot., ECF No. 21.[1] Cazales Larios also filed a motion to seal an exhibit in support of his motion to enforce judgment. Mot. to seal, ECF No. 22.[2] For the reasons explained herein, I grant Cazales Larios's motion to seal.

I.      **Discussion**

"Historically, courts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978)). Thus, "compelling reasons" must be shown to seal judicial records attached to a dispositive motion. *Kamakana*, 447 F.3d at 1178–79 (citing *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1136 (9th Cir. 2003)).

---

[1] This order only resolves Larios's motion to seal. A separate order will issue resolving Cazales Larios's motion to enforce judgment in ordinary course.

[2] Upon review of Larios's motion, I do not require a response from the respondents related to Larios's motion to seal.

On June 15, 2026, Cazales Larios filed a motion for leave to file under seal exhibit 9 in support of their motion to enforce judgment. ECF No. 22. The petitioner seeks to file this exhibit under seal because it contains Cazales Larios's medical records. *Id.* Here, the petitioner's request is narrowly tailored, as he is seeking to seal one singular exhibit, and not all exhibits filed related to his motion to enforce judgment. Further, medical records containing private, confidential, and sensitive information are often ordered to be filed under seal. *E.g. United States v. Bradley*, 2020 U.S. Dist. LEXIS 119962, at *21 (E.D. Cal. July 6, 2020). In reviewing exhibit 9 (ECF No. 23, sealed), I find that there are extensive medical records provided and compelling reasons exist to grant his request. So Cazales Larios's motion to seal is granted.

**II.    Conclusion**

IT IS HEREBY ORDERED that the petitioner's motion to seal **[ECF No. 22] is GRANTED.**

The Clerk of the Court is kindly instructed to maintain the seal on ECF No. 23.

Dated: June 18, 2026

_____
Cristina D. Silva
United States District Judge